UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MMM VENTURES LTD.,                              :
                                                :
                        Plaintiff,              :        08 Civ. 3812 (GBD)
                                                :
        - against -                             :
                                                :
NEPTUNE SHIPPING SA,                            :
                                                :
                        Defendant.              :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG - 8 2008

## ORDER TO UNSEAL CASE

This Court ordered on April 21, 2008, pursuant to Plaintiff's motion that this case be

temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically

on the Court's ECF system.

Dated: New York, NY
       August ___, 2008

       AUG – 8 2008

                              SO ORDERED

                              _____
                              Hon. George B. Daniels
                              United States District Judge
                              HON. GEORGE B. DANIELS