*Docket no.*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York (or designated process server) - GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 21st day of April, 2008 by

**MMM VENTURES LTD.,**

Plaintiff,

Against

**NEPTUNE SHIPPING SA,**

Defendant,

in a certain action for breach of maritime contract wherein it is alleged that there is due and owing from the Defendant to the said Plaintiff the amount **$1,178,068.64** and praying for process of maritime attachment and garnishment against the said Defendant,

WHEREAS, this process is issued pursuant to such prayer and requires that a garnishee(s) shall serve their answer(s), together with answers to any interrogatories served with the Complaint, within 20 days after service of process upon him and requires that Defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach other property, credit and effects to the amount sued for in the hands of:

ABN Amro, American Express Bank, Bank of America, Bank of China, Bank of Communications, Bank of India, Bank of New York Mellon, Barclay's Bank, BNP Paribas, Calyon, Citibank, Commerzbank Aktiengesellschaft, DnB NOR Bank ASA, Deutsche Bank, HSBC Bank USA Bank, HSH Nordbank AG, J.P. Morgan Chase, Royal Bank of Canada, Societe Generale, Standard Chartered Bank, UBS, Wells Fargo and/or Wachovia Bank N.A

to wit:: property, letters of credit, deposits, funds, credits, bills of lading, debts, settlement agreements, or other assets, tangible or intangible, in whatever form of:

**NEPTUNE SHIPPING SA**

and that you promptly after execution of this process, file the same in this court with your return thereon.

WITNESS, the Honorable _____, Judge of said Court, this ____ day of April, 2008, and of our Independence the two-hundred and thirty-second.

Lennon, Murphy & Lennon, LLC             J. MICHAEL McMAHON
Attorneys for Plaintiff                              Clerk
The Gray Bar Building
420 Lexington Avenue, Suite 300          By:_____
New York, NY 10170                                  Deputy Clerk
Phone (212) 490-6050

NOTE: *This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and/or New York Civil Practice Law and Rules, Article 62.*